**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| DAMON ALSTON, | : | |
| | : | Civil Action No. 03-3248 (JBS) |
| Petitioner, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| ROY L. HENDRICKS, et al., | : | |
| | : | |
| Respondents. | : | |

    For the reasons set forth in the Opinion filed herewith, IT IS on this    **27th**    day of   **March**   , 2006,

    ORDERED that the Petition for writ of habeas corpus under 28 U.S.C. § 2254 is DENIED; and it is further

    ORDERED that no certificate of appealability shall issue under 28 U.S.C. § 2253(c)(2), the Petitioner having failed to make a substantial showing of the denial of a constitutional right.

                                          **s/ Jerome B. Simandle**
                                          Jerome B. Simandle
                                          United States District Judge